8 F.3d 817
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Luther COX, Petitioner,
v.
LESCOX COAL COMPANY; Director, Office of Workers'
Compensation Programs, United States Department of
Labor, Respondents.
 No. 92-2349.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: May 25, 1993.
Decided: October 21, 1993.
 
 On Petition for Review of an Order of the Benefits Review Board.
 Luther Cox, Petitioner Pro Se.
 Mark Elliott Solomons, Laura Metcoff Klaus, Arter & Hadden, Washington, D.C.; Helen Hart Cox, Barbara J. Johnson, United States Department of Labor, Washington, D.C., for Respondents.
 Ben.Rev.Bd.
 AFFIRMED.
 Before WILKINSON, NIEMEYER, and LUTTIG, Circuit Judges.
 PER CURIAM:
 
 OPINION
 
 1
 Luther Cox seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1992). Our review of the record discloses that the Board's decision is based upon substantial evidence and that this appeal is without merit. Accordingly, we affirm on the reasoning of the Board. Cox v. Lescox Coal Co., No. 88-3065-BLA (B.R.B. Sept. 28, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.*
 
 AFFIRMED
 
 
 *
 In view of our disposition of this case, we deny Respondent's motion to dismiss for failure to prosecute